**Order entered December 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01215-CR

### THOMAS MITCHELL TOTTEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33225CR**

## ORDER

Before the Court is the December 12, 2022 request of court reporter Donita Robins for a forty-five-day extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed by **January 10, 2023**. *See* TEX. R. APP. P. 35.3(c) (limiting extensions of time to file record to thirty days).

/s/    LANA MYERS
        JUSTICE